|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | **UNITED STATES DISTRICT COURT** |
| 4   | **NORTHERN DISTRICT OF CALIFORNIA** |
| 5   |     |

City of Fargo Health Trust Fund

        Plaintiff(s),

    v.

Alza Corporation

        Defendant(s).

CASE NO. 05-04684

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jason Thompson, an active member in good standing of the bar of Michigan, whose business address and telephone number is Charfoos & Christensen, 5510 Woodward, Detroit, MI 48202 (313) 875-8080, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing City of Fargo Health Trust Fund.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: FEB 0 2 2006

                            Judge Jeffrey S. White
                            United States District Judge