| | |
|---|---|
| ZIMMERMAN REED P.L.L.P.<br>Timothy J. Becker (*pro hac vice* to be filed)<br>Gregory Sautter, SBN 191866<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>Email: tjb@zimmreed.com<br>Email: gps@zimmreed.com<br><br>CHARFOOS & CHRISTENSEN, P.C.<br>Jason Thompson (*pro hac vice* filed)<br>Ann K. Mandt (*pro hac vice* to be filed)<br>Charfoos & Christensen, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>Telephone: (313) 875-8080<br>Email: jthompson@c2law.com<br>Email: akmandt@c2law.com<br><br>***Attorneys for Plaintiffs***<br>CITY OF FARGO HEALTH TRUST FUND<br>and the Class, and<br>LOCAL 28 SHEET METAL WORKERS<br>and the Class | GIBSON, DUNN & CRUTCHER LLP<br>Michael A. Sitzman, SBN 156667<br>Aileen Y. Mo, SBN 229541<br>One Montgomery Street, Suite 3100<br>San Francisco, California 94104<br>Telephone: (415) 393-8200<br>Facsimile: (415) 986-5309<br>Email: msitzman@gibsondunn.com<br>Email: amo@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>M. Sean Royall (*pro hac vice* to be filed)<br>Joshua Lipton (*pro hac vice* to be filed)<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 530-9536<br>Email: sroyall@gibsondunn.com<br>Email: jlipton@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Monique Michal Drake, SBN 167188<br>1801 California St., Suite 4200<br>Denver, CO 80202<br>Telephone: (303) 298-5957<br>Facsimile: (303) 313-2815<br>Email: mdrake@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Wayne M. Barsky, SBN 116731<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 557-8183<br>Facsimile: (310) 552-7010<br>Email: wbarsky@gibsondunn.com<br><br>***Attorneys for Defendant***<br>ALZA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FARGO HEALTH TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO. C-05-4684 (JSW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| LOCAL 28 SHEET METAL WORKERS, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO. C-05-4758 (JSW) |

Plaintiff City of Fargo Health Trust Fund, on behalf of itself and all others similarly situated ("City of Fargo"), and Plaintiff Local 28 Sheet Metal Workers, on behalf of itself and all others similarly situated ("Local 28"), and Defendant Alza Corporation ("Alza"), by and through their counsel of record, have met and conferred in good faith regarding the hearing dates for pending motions and the Case Management Conference scheduled with the Court. Defendant Alza filed a Motion to Stay Action Pending Ruling By Multidistrict Litigation Panel ("Motion to Stay") in both of the above-captioned cases on January 27, 2006. The hearing date for the Motion to Stay was set for March 3, 2006. The Court has scheduled a Case Management Conference for March 17, 2006. To accommodate scheduling conflicts of counsel and to minimize the inconvenience to the Court, the parties respectfully request that the Court continue the hearing date for the Motion to Stay and the Case Management Conference ("CMC") until April 7, 2006. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Motion to Stay.</u> The hearing date on Alza's Motion to Stay, currently set for March 3, 2006, at 9:00 a.m., shall be continued to April 7, 2006, at 9:00 a.m. The briefing schedule for the Motion to Stay shall be reset according to the new hearing date. Plaintiff's opposition to the Motion to Stay, currently due on February 10, 2006, shall now be due on March 17, 2006. Defendant's reply to the Motion to Stay, currently due on February 17, 2006, shall now be due on March 24, 2006.

2. <u>Case Management Conference.</u> The CMC, currently set for March 17, 2006, at 1:30 p.m., shall be continued to April 7, 2006, at 9:00 a.m. (following the hearing on the Motion to Stay). The joint case management statement and proposed order for the CMC, currently due on March 10, 2006, shall now be due on March 31, 2006.

Dated: February 9, 2006

ZIMMERMAN REED P.L.L.P.

By: _____
        Gregory Sautter

Attorneys for Plaintiffs
CITY OF FARGO HEALTH TRUST FUND
and the Class, and
LOCAL 28 SHEET METAL WORKERS
and the Class

Dated: February 9, 2006

GIBSON, DUNN & CRUTCHER LLP

By: _____
        Michael A. Sitzman

Attorneys for Defendant
ALZA CORPORATION

Plaintiff's opposition shall be filed by no later than February 24, 2006 and Defendant's reply shall be filed by no later than March 3, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 10, 2006

_____
Honorable Jeffrey S. White
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING DATE AND CASE MANAGEMENT CONFERENCE

Case No. C-05-4684 (JSW)
Case No. C-05-4758 (JSW)