RECEIVED
05 FEB 15 AM 11:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FARGO HEALTH TRUST FUND,<br>Plaintiff(s),<br>v.<br>ALZA CORPORATION, a California Corporation,<br>Defendant(s). | CASE NO. C-05-4684 (JSW)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

M. Sean Royall, an active member in good standing of the bar of District of Columbia, whose business address and telephone number is 1050 Connecticut Avenue, NW, Washington DC 20036, (202) 955-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Alza Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: FEB 1 6 2006

The Honorable Jeffrey S. White
United States District Judge