[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect Purchaser Action | CASE NO.: M:06-CV-01761 JSW<br><br>MDL No. 1761<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DISMISSING INDIRECT PURCHASER ACTION WITH PREJUDICE**<br><br>**Honorable Jeffrey S. White** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs City of Fargo Health Trust Fund ("City of Fargo"), Local 28 Sheet Metal Workers ("Local 28"), United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW"), Plumbers and Pipefitters Local 572 Health and Welfare Plans ("Plumbers and Pipefitters") and Teamsters Local No. 35 Health Plans ("Teamsters")(collectively, "Indirect Purchaser Plaintiffs") and Defendant Alza Corporation ("Alza"), by and through their counsel of record, respectfully submit the present stipulation withdrawing Indirect Purchaser Plaintiffs' pending motion for Class Certification and dismissing all actions currently consolidated in the above-captioned litigation with prejudice. The parties further agree all parties to the Indirect Purchaser Action shall bear their own costs associated with the maintenance and defense of all actions in the Indirect Purchaser Action. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Class certification</u>. Indirect Purchaser Plaintiffs hereby withdraw their motion for Class Certification filed June 25, 2007, and currently pending before the Court.

2. <u>Dismissal with prejudice.</u> All Indirect Purchaser Plaintiffs hereby dismiss their individual and consolidated complaints with prejudice. Concurrently herewith, each Indirect

1

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
DISMISSING INDIRECT PURCHASER ACTION WITH PREJUDICE          MDL NO. 1761

Purchaser Plaintiff shall file a voluntary dismissal with prejudice in each of the respective cases pending before this Court, and consolidated in this Action.

3. <u>Costs</u>. All parties shall bear their own costs and fees incurred in the prosecution and defense of all actions in the above-captioned Indirect Purchaser Action. In no event shall any party to the Indirect Purchaser Action be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the Indirect Purchaser Action's instigation, prosecution, defense or dismissal with prejudice.

Dated: December 17, 2007

By: /s/

Timothy J. Becker
Stacy K. Hauer
Brian C. Gudmundson
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: tjb@zimmreed.com
Email: skh@zimmreed.com
Email: bcg@zimmreed.com

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: eaw@wtwlaw.us
Email: mrm@wtwlaw.us

Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568- 1100
Facsimile: (916) 568-7890
Email: mjt@wtwlaw.us

2

Jason J. Thompson
J. Thompson & Associates, PLC
26000 W 12 Mile Road
Southfield, MI  48034
Telephone: (248) 436-8448
Email: jthompson@jta-law.com

Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srk-law.com

Ann K. Mandt
David R. Parker
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI  48202
Telephone: (313) 875-8080
Facsimile: (313) 875-8522
Email: akmandt@c2law.com
Email: drparker@c2law.com

Mike Miller
Stacey Tjon
SOLBERG, STEWART, MILLER & TJON
1129 Fifth Avenue South
Fargo, ND  58103
Telephone: (701) 237-3166
Facsimile: (701) 237-4627
Email: mmiller@solberglaw.com
Email: stjon@solberglaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

3

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
DISMISSING INDIRECT PURCHASER ACTION WITH PREJUDICE          MDL NO. 1761

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
    Michael A. Sitzman

M. Sean Royall (admitted *pro hac vice*)
Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
Email: msitzman@gibsondunn.com

*Attorneys for Defendant Alza Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 17, 2007

_____
Honorable Jeffrey S. White
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
DISMISSING INDIRECT PURCHASER ACTION WITH PREJUDICE     MDL NO. 1761